# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Butler v. Lehigh County, et al

)
)
)
)

# PRAECIPE

## To THE HONORABLE CLERK OF COURTS

Enclosed please file suit, forward correspondence to all appropriate parties and return time-stamped original to address noted below.

Very Respectfully Submitted,

*Patrick S. Butler*

Patrick S Butler
38 N 4th Street
Allentown PA 18102

Dated: January 4th 2022

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| *Patrick Butler* | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| Plaintiff(s) | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| *LCJ, City of Allentown, Kyle Russell* | ) | |
| *Janine Donate, Michael Salter, Douglas* | ) | |
| *Mette, Steven Miller, Tom Wolf, Lehigh County* | ) | |
| *see attached*   Defendant(s) | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Patrick Butler_

All other names by which
you have been known:

ID Number _171922_

Current Institution _Lehigh County Jail_

Address _38 N 4th Street_

_Allentown_          _PA_          _18102_
City                     State          Zip Code

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _Lehigh County Jail_

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _38 N 4th Street_

_Allentown_          _PA_          _18102_
City                     State          Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 2

Name _City of Allentown_

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _Allentown_          _PA_          _____
City                     State          Zip Code

[X] Individual capacity   [X] Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3
  Name                           Kyle Russell
  Job or Title *(if known)*       Warden of LCJ
  Shield Number
  Employer
  Address                        38 N 4th Street
                                 Allentown          PA          18102
                                 City               State       Zip Code

  ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
  Name                           Janine Donate
  Job or Title *(if known)*       Director of LCJ
  Shield Number
  Employer
  Address                        38 N 4th Street
                                 Allentown          PA          18102
                                 City               State       Zip Code

  ☒ Individual capacity    ☒ Official capacity

**II.    Basis for Jurisdiction**                 See attached

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

  ☒ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment Freedom from Retaliation   RLUIPA   common law breach of contract claim   14th Amendment Equal Protection
1st Amendment right to free exercise of Religion   14th Amendment Substantive Due Process
1st Amendment establishment clause
Municipal liability Claim   Damages under RL

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1st Amendment Freedom From Retaliation   RLUIPA   common law breach of contract claim   14th Amendment Equal Protection
1st Amendment right to free exercise of Religion   14 Amendment Substantive Due Process
1st Amendment establishment clause
Municipal liability claim

Butler v. Lehigh County, et al

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF PENNSYLVANIA

Additional Defendants

5) Michael Salter  Religious Manager for LCJ        × Individual
   38 N 4th Street  Allentown PA 18102              × Official

6) Douglas Mette   Treatment Manager for LCJ        × Individual
   38 N 4th Street  Allentown PA 18102              × Official

7) Steven Miller   Treatment Manager for LCJ        × Individual
   38 N 4th Street Allentown PA 18102               × Official

8) Tom Wolf                                         × Individual
   Governor, Pennsylvania                           × Official

9) Lehigh County                                    × Individual
   Pennsylvania                                     × Official

10) All housing unit officers working at LCJ        × Individual
    carrying out the discrimination policy 2020-Present × Official
    38 N 4th Street
    Allentown PA 18102

11) The City Council of Allentown /                 × Individual
    Whoever is in charge of the                     × Official
    Director/ Warden under Municipal liability

    * All Defendants for All Claims In Both
    Individual & Official for § 1983 & Bivens

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

See attached

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

See attached

Butler v. Lehigh
County, et al

## Undisputed Facts Underlying Claims

During pretrial incarceration at LCJ, I have been arbitrarily prevented from going to Jumu'ah. I have exhausted administrative remedies (see attached) albeit been discouraged and threatened by numerous defendants. LCJ allows Christian programming and other treatment classes during this time. (See Memorandum Posted November 1 2021 - Signed off and executed by all Defendants) (see volunteer visitor lists) Further, the LCJ religious policy states religious activities are available. Jumu'ah is obligatory in my religion and not being able to attend violates my belief / is arbitrary, and no reason was ever given as to why other faiths are allowed to have programming. I have also been told to "stop" while I offer Salah by numerous defendants many times.

Also as per the LCJ policy, I am not permitted to purchase a prayer rug from canteen but Ro series are available for free - (see D-4 Religious Services / Articles LCJ handbook) I have requested numerous times to be able to offer Salah in the counselor room in order to at least have congregational prayer with other Muslim brothers but instead I am forced to pray 1 foot from a toilet 5 times a day every day but the brothers of Christian faith are allowed to use that room with outside volunteers who come in with guitars and literature of their respective faith. There also was an incident with a guard who, while I was in prostration during Salah, ordered me to take my underwear off. (See grievance records of LCJ) I was retaliated against for filing a grievance for that incident. (Was told I would be put in the hole and forgotten about)

Additional grievances of all facts set forth herein should be on LCJ file, however, I can provide the medical documentation records for injuries suffered as direct result of defendants actions. (Independent doctors as well)

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C.    What date and approximate time did the events giving rise to your claim(s) occur?

February 2020 - Present
November 2021 - Present

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
Was anyone else involved?  Who else saw what happened?)*

See attached

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

Post traumatic stress disorder            Irreparable psychological
                                                          damage
Anxiety                                        Intentional Infliction of Emotional
Depression                                                Distress
        I have medical records that show these injuries were sustained from the
        actions of all defendants

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

Immediate Reinstatement of Jumiah

→ Compensatory Damages $50,000       Appointment of Counsel

→ Punitive Damages      $100,000      Change all Religious policies to
                                                    fair and equal treatment of all
→ Attorney Fees & Costs                         faiths

From each defendant in individual & official         Summary Judgment

I assert the relief is warrented as defendants knowingly are acting in a
malicious way. The old C.O. handbooks cover had Muslims
hanging from a rope. If you tell officials during intake your Religion is Islam

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lehigh County Jail

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

None / nothing was resolved / defendants willfully ignored all claims

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Lehigh County Jail

2.  What did you claim in your grievance?

See attached

3.  What was the result, if any?

Suffered arbitrary retaliation and nothing was resolved

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I completed the grievance policy as per the Lehigh County Jail Inmate Grievance Policies Chapter 42 A, B, C, D, E, F, G. All claims violate LCJ's Religious Services / Articles Policies A, B, C, D

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

*See   attached*

N/A   -   I filed grievances per LCJ policy, full exhausted
remedies

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*See   attached*

N/A   -

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See  attached   -   Was   threatened   and   discouraged  throughout entire
process

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)  _____ N / A _____

Defendant(s) _____ N/A _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.  _____

7.   What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)  Patrick Butler
     Defendant(s)  David Pechinshen, Warden of NCP, Pester Santos, County of Northampton

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     3rd Circuit

3.   Docket or index number

4.   Name of Judge assigned to your case
     Juan Sanchez

5.   Approximate date of filing lawsuit
     2018 - 2019

6.   Is the case still pending?

     ☐ Yes

     ☑ No

     If no, give the approximate date of disposition   June - July 2020

7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

     The defendants settled out of court
     It ended in my favor

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  Jan 4 2022

Signature of Plaintiff  *Patrick S Butler*

Printed Name of Plaintiff  Patrick Butler

Prison Identification #  171922

Prison Address  38 N 4th Street

Allentown          PA          18102

           *City*        *State*        *Zip Code*

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

           *City*        *State*       *Zip Code*

Telephone Number  _____

E-mail Address  _____



**Kyle A. Russell
Warden**

**County Of Lehigh
Lehigh County Jail
38 North Fourth Street
Allentown, Pa  18102**

# M E M O R A N D U M

**TO:**     **Inmate Butler, Patrick #171922**

**FROM:**  Kyle A. Russell, Warden

**DATE:**   December 30, 2021

**RE:**     Appeal of Grievance 21-0442

I am in receipt of your appeal.  Your grievance was rejected because you failed to provide an event date and time. In addition, you failed to date your grievance form. You also failed to properly complete Part B of your grievance form.

I have reviewed your appeal statement and the original grievance information you provided. Your grievance was appropriately rejected.

Therefore, your appeal is denied.

cc:        Grievance Coordinator
           File



3A-36

# INMATE FORMAL GRIEVANCE, PART I

STAFF USE ONLY
21-0442
GRIEVANCE #

**INMATE NAME:** Patrick Butler          **INMATE #:** 171922

**INSTRUCTIONS:**
1. See Policy 3.5.1.J., Inmate Grievances. Follow this policy.
2. In Block A state your grievance. Attach any relevant documents.
3. In Block B list what you did to resolve this issue prior to submitting this Formal Grievance.

A. Provide a brief, clear statement of the facts, what your grievance is, and what relief you are seeking. Include specific dates, times and staff involved. You must not exceed this space and one additional one-sided 8.5 x 11 piece of paper.

I am Muslim. I practice Islam. It is obligatory to attend Jumu'ah congregational prayer each Friday. This is a sincerely held religious belief. I put a request to be able to attend. I was told by jail officials there are no Jumu'ah prayers here. No reason given. During my time on 2A, the jail has had 2 outside volunteers come in to hold Christian based programming between the dates of November and December.

This is a clear violation of 1st Amendment - Establishment Clause, 14th Amendment Equal Protection Clause, Religious Land Use of Institutionalized Persons Act laws, Common law breach of contract, etc. This places a substantial burden on an adherent to substantially modify behavior and violate my beliefs. It is arbitrary and capricious.

I seek the immediate reinstatement of Jumu'ah prayers to be held here as I am enduring intentional infliction of emotional harm among other damages.

Patrick S. Butler                          **Inmate signature/Date**

B. List actions taken and staff you have contacted before submitting this grievance.

Wrote request slip
Spoke to staff
Spoke with attorneys
Spoke with outside religious leaders

**Your Grievance has been received.**

**Grievance Coordinator signature:** Douglas Metts          **Date:** 12-14-21

White copy-Grievance Coordinator   Yellow copy-Action Return   Pink copy-Acknowledgement   Gold copy-Inmate

# INMATE FORMAL GRIEVANCE, PART II

3A36

**STAFF USE ONLY**
2b0940
GRIEVANCE #

INMATE NAME: _Patrick Cutler_   INMATE #: _171922_   DATE: _12-22-21_

**C. Grievance is:** ☐ Upheld   ☐ Denied   ☑ Rejected   ☐ Other

**D. Findings:**

Per the Inmate Grievance Policy, your Grievance is
rejected for failing to provide an exact date and time.
In addition, you failed to date your Grievance form.
You also failed to properly complete Part B of your
Grievance form.

Investigating Staff signature: _____   Date: _____

Grievance Coordinator signature: _Douglas Moth_   Date: _12-22-21_

**E. Appeal:** If appealing above decision, use Pink copy and send it to Warden. Provide the reason why you are appealing the above decision. Include all facts. You cannot exceed the space below and one additional one-sided 8-1/2" x 11" piece of paper. See Policy 3.5.1.J., Inmate Grievances, for more information.

I included the dates & places of the events. The
3rd Circuit will not dismiss this claim based on a
fabricated technicality. I filled out Part B perfectly.
This jail has and continues to discriminate against
myself and other Muslims and I will be seeking
relief in the civil courts. You won't allow Jumu'ah
but you allow Christian volunteers in at in
November & December 2021 there are records
of this & they will be subpoened.   _Patrick S. Beth_

Dec 22 2021

_Inmate signature/Date_

White copy-Grievance Coordinator    Yellow copy-Findings to Inmate    Pink copy-Inmate Appeal    Gold copy-Inmate

DOC #4

**INMATE'S REQUEST TO STAFF**
*Pedida de encarcelado a empleado*

**LEHIGH COUNTY**
**DEPARTMENT OF CORRECTIONS**

TO  (Name and Title of Officer)
*PARA:  (Nombre y Titulo)*  MIKE SALTERS

DATE
*(FECHA)* 11/25

BY:  (Inmate Name and ID Number)
*DE:  (Nombre y Numero)*  PATRICK BUTLER   171922

QUARTERS ASSIGNMENT:
*LOCAL DENTRO DE LA CARCEL:*  IC

SUBJECT:  State completely but briefly the problem on which you desire assistance.  Give details.
*ASUNTO:  Describa completamente pero brevemente el problema con que desea asistencia.  Incluya detallas.*

I WOULD LIKE TO REQUEST QURAN

FORTRESS OF MUSLIM & BE PUT ON

JUMU'AH LIST

DISPOSITION:  (DO NOT WRITE IN THIS SPACE)
*DISPOSICION:  (NO ESCRIBA EN ESTE ESPACIO)*

- Quran, Fortress of the Muslim attached.

- There are currently no Jumah classes.

STAFF MEMBER
*EMPLEADO DE LA CARCEL*

DATE
*FECHA* 12/3/21

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 38 N 4th Street Allentown PA 18102

Address of Defendant: See attached

Place of Accident, Incident or Transaction: 38 N 4th Street Allentown PA 18102

---

*RELATED CASE, IF ANY:*

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?     Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?     Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: January 4 2022    _____ *Must sign here*

*Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.** *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☑ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
       *(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
       *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or pro se plaintiff*, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: January 4 2022    _____ *Sign here if applicable*

*Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

Patrick Butler 171922
LEHIGH COUNTY PRISON
38 NORTH 4th STREET
ALLENTOWN, PA 18102-3489

Lehigh Valley P&DC PA 180
MON 10 JAN 2022 AM

RECEIVED
JAN 1 2 2022

United States District Court
Eastern District of Pennsylvania
601 Market Street   Room 2609
Philadelphia  PA  19106-9865

LEGAL MAIL

LEGAL MAIL